IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRANDON MILLETT, )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>SHAMROCK CABINET & FIXTURE )<br>CORPORATION, )<br>)<br>Defendant(s). ) | Case No. 21-00635-CV-W-GAF |

MINUTES IN CIVIL CASE

HONORABLE GARY A. FENNER presiding in Kansas City, Missouri.
================================================================================

Nature of Proceeding: Settlement Fairness Hearing

Time Commenced: 9:59 am                Time Terminated: 10:06 am

Appearances by:    Counsel for plaintiff: Brad Thoenen, Kevin Todd, Ethan Crockett

                   Counsel for defendants: Robert Curtis

**MORNING**: Counsel appear and announce ready to proceed. Mr. Todd presents statement regarding pending settlement. Mr. Curtis makes comments regarding same. Court approves settlement. Written order to follow.

Court Reporter: Kathy Calvert                By: Lisa Mitchell, Courtroom Deputy

Court Reporter: Kathy Calvert                By:   Lisa Mitchell, Courtroom Deputy